01-15-00674-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

July 28, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 2:59:33 PM
CHRISTOPHER A. PRINE
Clerk

MARK CHARLES KRATOVIL
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON TX 77002

Defendant's Name: ALTON JOSEPH JOLIVETTE

Cause No: 1428708

Court: 184TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 7-23-15
**Sentence Imposed Date:** 7-23-15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** MARK CHARLES KRATOVIL

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    GAYLE PATTERSON (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1428708

THE STATE OF TEXAS

Alton J. Jolivette V., A/K/A/ _____

FILED
Chris Daniel
District Clerk

JUL 2 3 2015

Time: _____
Harris County, Texas
By _____
Deputy

184 District Court / ~~County Criminal Court at Law No.~~

Harris County, Texas

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On July 23, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

July 23, 2015
**Date**

Alton J. Jolivette
**Defendant (Printed name)**

_____
**Attorney (Signature)**

Ricardo N. Gonzalez, Attorney
8826 Gulf Freeway, Ste. 420
Houston, Tx 77017
(832) 932-1402
Fax (713) 943-0512
TBN: 08131550
**Attorney (Printed name)**

_____
**State Bar Number**

_____
**Address**

_____
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☒ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

Alton J. Jolivette
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _July 23, 2015_ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☑ IS indigent for the purpose of

  ☐ employing counsel

  ☐ paying for a clerk's and court reporter's record.

  ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court ORDERS that

☑ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☑ Defendant's / appellant's motion is GRANTED and

  ☑ _____(attorney's name & bar card number)
  is APPOINTED to represent defendant / appellant on appeal.

  ☑ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $ _____

☐ TO CONTINUE as presently set.

☑ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____July 23, 2015_____

JUDGE PRESIDING,
_184__ DISTRICT COURT /
~~COUNTY CRIMINAL COURT AT LAW NO.~~
HARRIS COUNTY, TEXAS




Cause No. _142 8708_

THE STATE OF TEXAS

v.

_Alton J. Joliuette,_ Defendant

IN THE _184th_ DISTRICT COURT

~~COUNTY CRIMINAL COURT AT LAW~~ NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

**FILED**
District Clerk
JUL 2 3 2015
Time: _____
By _____
Harris County, Texas
Deputy

_7-23-15_

_____        _____
Judge                                 Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        _____
Defendant                             Defendant's Counsel

Mailing Address: _____        State Bar of Texas ID number: _____

Telephone number: _____        **Ricardo N. Gonzalez, Attorney**
                                        Mailing Address: **8876 Gulf Freeway, Ste. 420**
                                        **Houston, Tx 77017**
Fax number (if any): _____        Telephone number: **(832) 932-1402**
                                        **Fax (713) 943-0512**
                                        Fax number (if any): TBN: **08131550**

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Court 184

9 21-15

1st

Cause No. 1428708

## The State of Texas
## Vs

ALTON, JOLIVETTE

7-23-15

Date Notice
Of Appeal: 7/23/2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding J. MICHAEL WILKINSON

Court Reporter GAYLE PATTERSON

Court Reporter_____

Court Reporter_____

Attorney
on Trial RICARDO N. GONZALEZ

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense BURGLARY WITH INTENT-COMMIT OTHER FEL.

Jury Trial Yes ✓ No_____

Punishment
Assessed COURT

Companion Cases
(If Known) 1428510 / 1428512

Amount of
Appeal Bond_____

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section_____

Deputy Clerk_____